U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN - 5 2017

TONY R. MOORE, CLERK
BY: _____WB_____
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| ALTON DARTEZ | CIVIL ACTION NO. 2:15-2196 |
| -vs- | JUDGE MINALDI |
| CITY OF JENNINGS, ET AL | MAGISTRATE JUDGE KAY |

## ORDER

At the request of Judge Patricia Minaldi, it is

ORDERED that this matter be transferred to Judge Donald E. Walter.

SIGNED on this 5th day of January, 2017, at Alexandria, Louisiana.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT